UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERNAN O. CASTRO,  )  <br>                       )  <br>     Petitioner,     )  <br>                       )  <br>v.                     )  <br>                       )  <br>RAYMOND ANDREWS, Warden, )  <br>                       )  <br>     Respondent.      )  <br>_____) | 1:04-cv-06416-OWW-SMS-HC <br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 21) <br><br>**ORDER DENYING PETITION FOR WRIT OF HABEAS CORPUS** (Doc. 1) <br><br>**ORDER DISREGARDING MOTION TO SUPPLEMENT TRAVERSE** (Doc. 18) <br><br>**ORDER DENYING MOTION FOR EXPEDITED RESOLUTION AS MOOT** (Doc. 17) <br><br>**ORDER DIRECTING CLERK TO ENTER JUDGMENT FOR RESPONDENT** |

Petitioner is a federal prisoner proceeding pro se with a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241.

On February 17, 2006, the Magistrate Judge filed Findings and Recommendations that the Petition for Writ of Habeas Corpus be DENIED, Petitioner's motion to supplement the traverse be DISREGARDED, Petitioner's motion for expedited resolution be DENIED as MOOT, and judgment be entered in favor of Respondent.  These Findings and Recommendations were served on all parties and

contained notice that any objections were to be filed within thirty (30) days from the date of service of that order.  On March 7, 2006, Petitioner filed objections to the Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, including Petitioner's objections, the Court concludes that the Magistrate Judge's Findngs and Recommendations are supported by the record and proper analysis.  Petitioner's objections present no grounds for questioning the Magistrate Judge's analysis.  Specifically, petitioner acknowledges that The Mujahid decision addressing the identical issue here presented, 413 F.3d 991, 999 (9th. 2005) is dispositive in the trial court.  The BOP is the agency with the expertise and authority to adopt regulations governing prisoner good time credits in effectuating 18 U.S.C. 36424 (b)(1).  Chevron deference is owed and has been afforded the disputed regulation by the Court of Appeals.  The Rule of Lenity does not apply in this instance as previously decided by the the Ninth Circuit.  Pacheco-Camacho v. Hood, 272 F.3d 1266, 1271-72 (9th Cir. 2001).

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed February 17, 2006, are ADOPTED IN FULL;

2. The Petition for Writ of Habeas Corpus is DENIED

3. Petitioner's motion to supplement the traverse, filed February 10, 2006, is DISREGARDED;

4. Petitioner's motion for expedited resolution, filed February 10, 2006, is DENIED as MOOT; and,

1    5.   The Clerk of Court enter judgment in favor of Respondent.

IT IS SO ORDERED.

**Dated:   March 31, 2006                /s/ Oliver W. Wanger**
emm0d6                          UNITED STATES DISTRICT JUDGE